Case 1:15-cv-00279-RJJ Doc #9 Filed 05/06/15 Page 1 of 1 Page ID#40

FILED - KZ
May 6, 2015 12:31 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems / ___ Scanned by ___ / S / 7

1:15-cv-279
Robert J. Jonker
U.S. District Judge

WEDNESDAY, APRIL 29, 2015

THIS LETTER IS IN REGARDS TO: (PLAINTIFF) MANNY FILM, LLC VS. (DEFENDANT) JOHN DOE SUBSCRIBER ASSIGNED TO IP ADDRESS 24.247.112.19 THROUGH CHARTER COMMUNICATIONS, INC.

AT THIS TIME I ASK THE COURT TO RESPECTFULLY NOT DISCLOSE ANY INFORMATION AT THIS TIME TO (PLAINTIFF) MANNY FILM, LLC WITH MY ACCOUNT INFORMATION THROUGH CHARTER COMMUNICATIONS, INC.

AT THIS TIME I WISH TO FILE AN OPPOSITION TO THE ORDER (CASE # CIVIL ACTION NO. 1:15-CV-00279-RJJ

CHARTER CASE NUMBER: 15 F003

IF YOU HAVE ANY QUESTIONS PLEASE FEEL FREE AND CALL ME AT: 269-447-4231

THANK-YOU FOR YOUR PATIENCE AND TIME IN THIS MATTER.

RESPECTFULLY,
MR. JUAN REYES-LEIJA

*Juan Reyes-Leija*